UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| KELLY DAVID REGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-CV-98-ACL |
| | ) | |
| TRAVIS L. WILHITE, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon defense counsel's filing of defendant Christopher D. Ash's last known address. *See* ECF No. 18 (filed under seal). As plaintiff is proceeding in forma pauperis, the Court will order the Clerk of Court to effectuate service of process through the United States Marshal's Office. A copy of the summons and return of summons shall be filed under seal and will not be served on plaintiff, as these documents will contain Mr. Ash's last known home address.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue upon the complaint as to defendant Christopher D. Ash in his individual capacity. Service shall be effectuated at the address provided by the Assistant Attorney General in his response to the Court order of October 2, 2018. [ECF No. 18]

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis in this action, service shall be effectuated by the United States Marshal's Office through summons, pursuant to Fed. R. Civ. P. 4. *See* 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that a copy of the summons and the return of summons shall be filed under seal and will not be served upon plaintiff, as these documents will contain defendant Ash's last known home address.

**IT IS FURTHER ORDERED** that the Clerk shall substitute the name "Christopher D. Ash" for "Unknown Ash" on the docket sheet.

*Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of October, 2018.